UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,

    Plaintiff,

  v.                                              CIVIL ACTION NO. 1:17cv202-SA-DAS

EASEMENTS AND RIGHTS-OF-WAY
OVER A TOTAL OF 2.48 ACRES OF LAND,
MORE OR LESS, IN CLAY COUNTY, MISSISSIPPI
WITH RESPECT TO AN UNDIVIDED
99.43% INTEREST THEREIN, and
JIMMY BELK,
LARRY BELK,
GUSSIE BELK SHAFFER,
GENETHIE BELK,
LAURA MAE BROWNLEE,
MARGARET HILL,
LASHORN BELK,
LUTA BARBER,
OLLIE BARBER,
JOSEPH BARBER,
RUTHIE LEE BARBER,
IDELL BARBER,
DORA BARBER,
DORA BELK,
ETHEL BELK,
JOHNNIE MCBELK,
JOE ANN BELK CANNON,
JOHN SIMPSON THOMPSON,
JOE SILAS NETTLES,
J.W. WATT,
ELLIS MOSELEY,
FINAS TOWNSEND, III,
DORIS M. SHOTWELL,
BERTRAND SHOTWELL,
JOHN ESTUS FORD,
FRANKIE JAMES FORD,
WALTER FORD,
CAL FORD,
TRANCES FORD,

TONIA MOYLER,
RAVEEN EDWARDS,
KENNYATAH WOFFORD,
RAMONA FORD,
CHARLES CHANDLER,
ADA P. CHANDLER,
CHARLES LINDBERG FORD,
JULIE CHANDLER LEE,
PATRICIA JOHNSON,
GLENDA WILLIS,
ROBERTA CHANDLER BROWN,
JOHNNY FRANK WHITE,
CALLIE REE WHITE,
JESSIE WHITE,
IRISH JENE WHITE,
ARLETHA WHITE,
WASH WHITE,
CHESTER BROWNLEE,
CAROLINE BROWNLEE WILLIS,
SUSIE BROWNLEE,
UNKNOWN HEIRS OF MALINDA BELK,
UNKNOWN HEIRS OF MARY BELK KILGORE,
UNKNOWN HEIRS OF EMMA BARBER,
UNKNOWN HEIRS OF NEWTON BARBER,
UNKNOWN HEIRS OF ROOSEVELT BARBER,
UNKNOWN HEIRS OF VIOLET BARBER,
UNKNOWN HEIRS OF SUKKIE BARBER,
UNKNOWN HEIRS OF ISAAC BARBER,
UNKNOWN HEIRS OF CHARLEY HENRY, SR.,
UNKNOWN HEIRS OF MAJOR BARBER, JR.,
UNKNOWN HEIRS OF ROCK BELK,
UNKNOWN HEIRS OF EDWARD BELK,
UNKNOWN HEIRS OF WILLIE D. BELK,
UNKNOWN HEIRS OF ONEGGER BELK,
UNKNOWN HEIRS OF JOHN M. BELK,
UNKNOWN HEIRS OF J.C. BELK,
UNKNOWN HEIRS OF RACHEL BELK,
UNKNOWN HEIRS OF GENETTA BELK,
UNKNOWN HEIRS OF JAMES BELK,
UNKNOWN HEIRS OF X.L. BELK a/k/a
   ETHEL L. BELK,
UNKNOWN HEIRS OF PRIMER ROBERSON,
UNKNOWN HEIRS OF WILLIE MAE BELK,
UNKNOWN HEIRS OF MARY ASALENE
   SHOTWELL WILSON,
UNKNOWN HEIRS OF WILLIE JAMES SHOTWELL,

UNKNOWN HEIRS OF LETHA JANE SHOTWELL,
UNKNOWN HEIRS OF EMMANUEL SHOTWELL,
UNKNOWN HEIRS OF FAITHY JANE FORD JUSTIN,
UNKNOWN HEIRS OF JESSIE JAMES FORD,
UNKNOWN OWNERS,

      Defendants.

## COMPLAINT

1. This is an action of a civil nature brought by the United States of America upon the relation and for the use of the Tennessee Valley Authority for the taking of property under the power of eminent domain and for the ascertainment and award of just compensation to the owners and parties in interest.

2. The authority for the taking is the Tennessee Valley Authority Act of 1933, *as amended*, 16 U.S.C. §§ 831-831ee (2012).

3. The public use for which the property is taken is the erection, operation, and maintenance of electric power transmission circuits and communication circuits.

4. The property interests to be acquired are permanent easements and rights-of-way with respect to an undivided 99.43% interest therein, Plaintiff having acquired by grant said easements and rights-of-way with respect to the other undivided 0.57% interest therein.

5. The easements and rights-of-way herein condemned are described in Attachment 1 hereto attached and made a part hereof.

6. The persons known to the Plaintiff who have or may claim an interest in said property are as follows:

The last record owner of said property was Mack Belk, by virtue of a deed dated July 23, 1919, and recorded in Deed Book 47, page 246, in the Office of the Chancery Court Clerk of Clay County, Mississippi.

After diligent search and inquiry in the State in which said property is located and elsewhere, Plaintiff has determined that Mack Belk died intestate on July 13, 1927, a resident of Clay County, Mississippi, survived by his wife, seven children, and heirs of four predeceased children. While Plaintiff has been unable to ascertain the identity of all heirs of Mack Belk, Plaintiff has identified the following persons and heirs at law who have or may claim an interest in said property:

Jimmy Belk, Larry Belk, Gussie Belk Shaffer, Genethie Belk, Laura Mae Brownlee, Margaret Hill, LaShorn Belk, Doris M. Shotwell, and Bertrand Shotwell each own an undivided 1/528 interest in said property in fee simple.

Luta Barber and Ollie Barber each own an undivided 1/154 interest in said property in fee simple.

Joseph Barber, Ruthie Lee Barber, Idell Barber, and Dora Barber each own an undivided 1/539 interest in said property in fee simple.

Dora Belk and Ethel Belk each own an undivided 1/198 interest in said property in fee simple.

Johnnie McBelk, Joe Ann Belk Cannon, Joe Silas Nettles, J.W. Watt, and Ellis Moseley each own an undivided 1/33 interest in said property in fee simple.

John Simpson Thompson owns an undivided 1/11 interest in said property in fee simple.

Finas Townsend, III, owns an undivided 5/44 interest in said property in fee simple.

John Estus Ford, Frankie James Ford, and Walter Ford each own an undivided 7/660 interest in said property in fee simple.

Cal Ford, Trances Ford, Tonia Moyler, and Ramona Ford each own an undivided 7/33000 interest in said property in fee simple.

Raveen Edwards and Kennyatah Wofford each own an undivided 7/66000 interest in said property in fee simple.

Charles Chandler, Ada P. Chandler, Charles Lindberg Ford, Julie Chandler Lee, and Roberta Chandler Brown each own an undivided 5/352 interest in said property in fee simple.

Patricia Johnson and Glenda Willis each own an undivided 5/704 interest in said property in fee simple.

Johnny Frank White, Callie Ree White, Jessie White, Irish Jene White, Arletha White, and Wash White each own an undivided 5/2112 interest in said property in fee simple.

Chester Brownlee and Caroline Brownlee Willis each own an undivided 15/2816 interest in said property in fee simple.

Susie Brownlee owns an undivided 10/2816 interest in said property in fee simple.

It has been determined that Malinda Belk and Mary Belk Kilgore predeceased their father Mack Belk, but were survived by heirs. The Estates of Malinda Belk and Mary Belk Kilgore each own an undivided 1/11 interest in said property in fee simple; however, Plaintiff has been unable to ascertain the whereabouts or identity of possible heirs of Malinda Belk or Mary Belk Kilgore. Plaintiff, therefore, joins the possible unknown heirs of Malinda Belk and Mary Belk Kilgore under the designations Unknown Heirs of Malinda Belk and Unknown Heirs of Mary Belk Kilgore.

It has been determined that Emma Barber, Newton Barber, Roosevelt Barber, Violet Barber, and Sukkie Barber died intestate each owning an undivided 1/77 interest in said property in fee simple; however, Plaintiff has been unable to ascertain the whereabouts or identity of their possible heirs. Plaintiff, therefore, joins the possible unknown heirs of these defendants under the designations Unknown Heirs of Emma Barber, Unknown Heirs of Newton Barber, Unknown

Heirs of Roosevelt Barber, Unknown Heirs of Violet Barber, and Unknown Heirs of Sukkie Barber.

It has been determined that Isaac Barber, Charley Henry, Sr., and Major Barber, Jr., died intestate each owning an undivided 1/539 interest in said property in fee simple; however, Plaintiff has been unable to ascertain the whereabouts or identity of their possible heirs. Plaintiff, therefore, joins the possible unknown heirs of these defendants under the designations Unknown Heirs of Isaac Barber, Unknown Heirs of Charley Henry, Sr., and Unknown Heirs of Major Barber, Jr.

It has been determined that Rock Belk, Edward Belk, Willie D. Belk, Onegger Belk, John M. Belk, J.C. Belk, Rachel Belk, and Genetta Belk died intestate each owning an undivided 1/99 interest in said property in fee simple; however, Plaintiff has been unable to ascertain the whereabouts or identity of their possible heirs. Plaintiff, therefore, joins the possible unknown heirs of these defendants under the designations Unknown Heirs of Rock Belk, Unknown Heirs of Edward Belk, Unknown Heirs of Willie D. Belk, Unknown Heirs of Onegger Belk, Unknown Heirs of John M. Belk, Unknown Heirs of J.C. Belk, Unknown Heirs of Rachel Belk, and Unknown Heirs of Genetta Belk.

It has been determined that James Belk, X.L. Belk (also known as Ethel L. Belk), Primer Roberson, and Willie Mae Belk died intestate each owning an undivided 5/264 interest in said property in fee simple; however, Plaintiff has been unable to ascertain the whereabouts or identity of their possible heirs. Plaintiff, therefore, joins the possible unknown heirs of these defendants under the designations Unknown Heirs of James Belk, Unknown Heirs of X.L. Belk a/k/a Ethel L. Belk, Unknown Heirs of Primer Roberson, and Unknown Heirs of Willie Mae Belk.

It has been determined that Mary Asalene Shotwell Wilson, Willie James Shotwell, Letha Jane Shotwell, and Emmanuel Shotwell died intestate each owning an undivided 1/264 interest in said property in fee simple; however, Plaintiff has been unable to ascertain the whereabouts or identity of their possible heirs. Plaintiff, therefore, joins the possible unknown heirs of these defendants under the designations Unknown Heirs of Mary Asalene Shotwell Wilson, Unknown Heirs of Willie James Shotwell, Unknown Heirs of Letha Jane Shotwell, and Unknown Heirs of Emmanuel Shotwell.

It has been determined that Faithy Jane Ford Justin died intestate owning an undivided 7/660 interest in said property in fee simple; however, Plaintiff has been unable to ascertain the whereabouts or identity of her possible heirs. Plaintiff, therefore, joins her possible unknown heirs under the designation Unknown Heirs of Faithy Jane Ford Justin.

It has been determined that Jessie James Ford died intestate owning an undivided 7/660 interest in said property in fee simple; however, Plaintiff has been unable to ascertain the whereabouts or identity of all the possible heirs of Jessie James Ford. Plaintiff, therefore, joins his possible unknown heirs under the designation Unknown Heirs of Jessie James Ford.

The above persons own said interests by virtue of deeds recorded in Deed Books 47 and 71, pages 246 and 394, respectively; and Last Wills recorded in Will Books 2 and 9, pages 282 and 573, respectively; all in the Office of the Chancery Court Clerk of Clay County, Mississippi; and by intestate succession from Mack Belk.

There may be other persons who may have or claim an interest in said property, and they also are joined as parties herein under the designation Unknown Owners.

City and County taxes for 2016 and 2017 are liens on Tract Numbers WPSTM-54 and -55A.

City and County taxes for 2017 are liens on Tract Number WPSTM-47.

7. A Declaration of Taking is being filed contemporaneously herewith.

WHEREFORE, the Plaintiff demands that:

(1) An Order be issued putting the Tennessee Valley Authority as agent of the United States of America into immediate possession of the property condemned.

(2) Just compensation for the property taken be ascertained in accordance with Rule 71.1(h) of the Federal Rules of Civil Procedure.

(3) A Judgment be entered confirming the vesting of title to the interests sought to be condemned in the United States of America by virtue of the Declaration of Taking filed herewith.

(4) The Plaintiff have such other relief as may be lawful and proper.

This the 4th day of December, 2017.

    Respectfully submitted,

    */s/Nakimuli Davis-Primer*
    Nakimuli Davis-Primer (MB #103320)
    **BAKER, DONELSON, BEARMAN,**
    **CALDWELL & BERKOWITZ, PC**
    One Eastover Center
    100 Vision Drive, Suite 400
    Jackson, Mississippi 39211
    Telephone    601.973.3612
    Facsimile    601.714.9912
    Email    ndavis@bakerdonelson.com

    Elizabeth A. Birdwell (TN BPR #026648)
    **TVA GENERAL COUNSEL'S OFFICE**
    400 West Summit Hill Drive
    Knoxville, Tennessee 37902-1401
    Telephone    865.632.7346
    Facsimile    865.632.2422
    Email    eabirdwell@tva.gov

    *Attorneys for Plaintiff*