UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,

    Plaintiff,

    v.                             CIVIL ACTION NO.: 1:17-cv-00202-SA-DAS

EASEMENTS AND RIGHTS-OF-WAY
OVER A TOTAL OF 2.48 ACRES OF LAND,
MORE OR LESS, IN CLAY COUNTY, MISSISSIPPI
WITH RESPECT TO AN UNDIVIDED
99.43% INTEREST THEREIN, and
JIMMY BELK,
LARRY BELK,
GUSSIE BELK SHAFFER,
GENETHIE BELK,
LAURA MAE BROWNLEE,
MARGARET HILL,
LASHORN BELK,
LUTA BARBER,
OLLIE BARBER,
JOSEPH BARBER,
RUTHIE LEE BARBER,
IDELL BARBER,
DORA BARBER,
DORA BELK,
ETHEL BELK,
JOHNNIE MCBELK,
JOE ANN BELK CANNON,
JOHN SIMPSON THOMPSON,
JOE SILAS NETTLES,
J.W. WATT,
ELLIS MOSELEY,
FINAS TOWNSEND, III,
DORIS M. SHOTWELL,
BERTRAND SHOTWELL,
JOHN ESTUS FORD,
FRANKIE JAMES FORD,
WALTER FORD,

1

CAL FORD,
TRANCES FORD,
TONIA MOYLER,
RAVEEN EDWARDS,
KENNYATAH WOFFORD,
RAMONA FORD,
CHARLES CHANDLER,
ADA P. CHANDLER,
CHARLES LINDBERG FORD,
JULIE CHANDLER LEE,
PATRICIA JOHNSON,
GLENDA WILLIS,
ROBERTA CHANDLER BROWN,
JOHNNY FRANK WHITE,
CALLIE REE WHITE,
JESSIE WHITE,
IRISH JENE WHITE,
ARLETHA WHITE,
WASH WHITE,
CHESTER BROWNLEE,
CAROLINE BROWNLEE WILLIS,
SUSIE BROWNLEE,
UNKNOWN HEIRS OF MALINDA BELK,
UNKNOWN HEIRS OF MARY BELK KILGORE,
UNKNOWN HEIRS OF EMMA BARBER,
UNKNOWN HEIRS OF NEWTON BARBER,
UNKNOWN HEIRS OF ROOSEVELT BARBER,
UNKNOWN HEIRS OF VIOLET BARBER,
UNKNOWN HEIRS OF SUKKIE BARBER,
UNKNOWN HEIRS OF ISAAC BARBER,
UNKNOWN HEIRS OF CHARLEY HENRY, SR.,
UNKNOWN HEIRS OF MAJOR BARBER, JR.,
UNKNOWN HEIRS OF ROCK BELK,
UNKNOWN HEIRS OF EDWARD BELK,
UNKNOWN HEIRS OF WILLIE D. BELK,
UNKNOWN HEIRS OF ONEGGER BELK,
UNKNOWN HEIRS OF JOHN M. BELK,
UNKNOWN HEIRS OF J.C. BELK,
UNKNOWN HEIRS OF RACHEL BELK,
UNKNOWN HEIRS OF GENETTA BELK,
UNKNOWN HEIRS OF JAMES BELK,
UNKNOWN HEIRS OF X.L. BELK a/k/a
    ETHEL L. BELK,
UNKNOWN HEIRS OF PRIMER ROBERSON,
UNKNOWN HEIRS OF WILLIE MAE BELK,

UNKNOWN HEIRS OF MARY ASALENE
    SHOTWELL WILSON,
UNKNOWN HEIRS OF WILLIE JAMES SHOTWELL,
UNKNOWN HEIRS OF LETHA JANE SHOTWELL,
UNKNOWN HEIRS OF EMMANUEL SHOTWELL,
UNKNOWN HEIRS OF FAITHY JANE FORD JUSTIN,
UNKNOWN HEIRS OF JESSIE JAMES FORD,
UNKNOWN OWNERS,

Defendants.

## ORDER OF POSSESSION

Pursuant to 40 U.S.C. §§ 3114-3118 (2012), which authorizes the Court "to give the Government immediate possession of the [condemned] property," *United States v. Miller*, 317 U.S. 369, 381 (1943), it is hereby **ORDERED** that the Tennessee Valley Authority, as agent of the United States of America, be put into immediate possession of the property described in the Declaration of Taking filed in this action to the extent necessary to permit the Tennessee Valley Authority to carry on any of its operations described in the pleadings filed herein, and that the Defendant in such action surrender possession of said property to the Tennessee Valley Authority accordingly.

DONE, this 25th day of April, 2018.

*Sharion Aycock*
UNITED STATES DISTRICT JUDGE