UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,
Plaintiff,

v.  NO. 1:17-CV-00202-SA-DAS

EASEMENTS AND RIGHTS-OF-WAY
OVER A TOTAL OF 2.48 ACRES OF LAND,
MORE OR LESS, IN CLAY COUNTY,
MISSISSIPPI, and
JIMMY BELK, ET AL.,
Defendants.

## ORDER SETTLING INTEREST OF DEFENDANT FINAS TOWNSEND, III

This action came on to be considered, and it appears to the Court, as evidenced by the signatures below, that Plaintiff and Defendant Finas Townsend, III, have agreed to settle said Defendant's interest.

It is, therefore, Ordered and Adjudged that:

1. Defendant Finas Townsend, III, shall recover from the Plaintiff $1,380.68 for said Defendant's interest in the easement and right-of-way described in Attachment 1 to the Complaint filed herein. (Doc. 1-1.)

2. The Clerk of this Court is authorized and directed to draw a check on the funds deposited in the registry of this Court in this action in the amount of $1,380.68, plus any accrued interest thereon less the applicable registry fee, payable to Finas Townsend, III, and to mail said check to his address in Starkville, Mississippi.

1

3. Effective upon the mailing of the check provided for in Paragraph 2 above, all further proceedings may be had and judgment entered herein without further notice to Defendant Finas Townsend, III.

4. This action shall remain with respect to the other Defendants in this action.

This 26th day of October, 2018.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE