UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,

    Plaintiff,

    v.                                             CIVIL ACTION NO. 1:17-cv-00202-SA-DAS

EASEMENTS AND RIGHTS-OF-WAY
OVER A TOTAL OF 2.48 ACRES OF LAND,
MORE OR LESS, IN CLAY COUNTY, MISSISSIPPI
WITH RESPECT TO AN UNDIVIDED
99.9137% INTEREST THEREIN, and
JIMMY BELK,
LARRY BELK,
GUSSIE BELK SHAFFER,
GENETHIE BELK,
LAURA MAE BROWNLEE,
MARGARET HILL,
LASHORN BELK,
ILSIE WRIGHT,
SALLIE GOLDEN,
EDWARD ROBERSON,
PEARL JORDAN,
T.C. ROBERSON,
LOUELLA ROBERSON,
CAROL WILLIAMS,
PERRY LEWIS ROBERSON, JR.,
FINETHA ROBERSON,
LEE DAVIDSON,
LEON WILSON,
LORENZO WILSON,
LAURA BOLER,
WILLIE DEAN SHOTWELL,
LINDA SHOTWELL,
DORIS M. SHOTWELL,
BERTRAND SHOTWELL,
EMMANUEL SHOTWELL,
   Son of Prince Edward Shotwell and Emma Belk Shotwell,
DEON SHOTWELL,
JASON SHOTWELL,

1

PRINCE EDWARD SHOTWELL,
   Son of Prince Lee Shotwell,
RONIETTA SHOTWELL,
JOHNNY BLINKS,
TYRONE WARE,
ALFRED HUNT,
ANNAZETTE HARRIS,
EMMANUEL SHOTWELL,
   Son of Prince Lee Shotwell and Doris M. Shotwell,
IDA SHOTWELL BROWNLEE,
RONNIE MAE SHOTWELL GEORGE,
EDWARD SHOTWELL,
GLENDA RAY SHOTWELL CARTER BONNER,
TIA MCGEE,
KATIE MAE JOHNSON JACKSON,
MURAH ABDUL RAHMAN,
MURAH A. RAHMAN, JR.,
MYLA MUNEERAH RAHMAN,
AMIR RAHMAN,
KAMAL RAHMAN,
ANJAIL RAHMAN,
NINA RAHMAN,
VANDA BELK-PETTIFORD,
LULA N. MORTON,
EDDIE BELK,
SAMUEL D. TAYLOR,
GEORGE A. TAYLOR, JR.,
BETTY L. EVANS,
MARY C. BANKS,
JANIE E. TAYLOR WILLIAMS,
HAWAII H. DOUGLAS,
RICHARD IVY, JR.,
RUBY BELK,
JOHN L. BELK, JR.,
SAM BELK,
   Son of John L. Belk,
JAMES BELK,
   Son of John L. Belk,
MALINDA CHANDLER BROWNLEE,
CALLIE REE WHITE,
JESSEY WHITE,
IRISH JENE WHITE,
ARLETHA WHITE,
WASH WHITE,
L.C. WHITE,
RAY WHITE,

LEE WHITE,
ADA PEARL LOFTIN LEE,
PATRICIA JOHNSON,
GLENDA WILLIS,
ETHEL BELK,
CAL FORD,
TRANCES FORD,
JIMMY WOFFORD,
DEREK WOFFORD,
RAMONA FORD,
TONIA MOYLER,
RAVEEN EDWARDS,
KENNYATAH WOFFORD,
GLORIA FORD BASS,
ROSE FORD BROWN,
ELLA FORD LYLES,
SHELIA FORD LINDSEY STARKS,
LOUISE FORD STRONG,
ANNIE FORD LYLES,
DOLLY FORD,
JOHN FORD,
JIMMY CHANDLER,
JOHN ESTUS FORD,
FRANKIE JAMES FORD,
WALTER FORD,
JOE SILAS NETTLES,
J.W. WATT,
ELLIS MOSELEY,
LUTA BARBER,
OLLIE BARBER,
JOSEPH BARBER,
ISSAC BARBER,
REBECCA BARBER HENRY
RUTHIE LEE BARBER,
IDELL BARBER,
MAJOR BARBER, JR.,
DORA BARBER,
FARRAH BELK,
ARTHUR MARK BELK,
TYLER KYLEE BELK, JR.
RISCO BELK,
LILY MAE BELK,
UNKNOWN HEIRS OF JAMES BELK,
   Son of Sam Belk, Sr.,
UNKNOWN HEIRS OF X.L. BELK a/k/a
   ETHEL L. BELK,

UNKNOWN HEIRS OF VIRGIE BELK,
UNKNOWN HEIRS OF SALLY BELK,
UNKNOWN HEIRS OF CHARLES CHANDLER,
UNKNOWN HEIRS OF ADA P. CHANDLER,
UNKNOWN HEIRS OF DAVID WHITE,
UNKNOWN HEIRS OF JOE SILAS WHITE,
UNKNOWN HEIRS OF JOHNNY FRANK WHITE,
UNKNOWN HEIRS OF EZELL WHITE, JR.,
UNKNOWN HEIRS OF EMMA WHITE,
UNKNOWN HEIRS OF CLIFFORD RAY WHITE,
UNKNOWN HEIRS OF CHARLES LINDBERG FORD,
UNKNOWN HEIRS OF WILLIE ED DEAN,
UNKNOWN HEIRS OF ROBERTA CHANDLER BROWN,
UNKNOWN HEIRS OF LESLEY CHANDLER,
UNKNOWN HEIRS OF CHESLEY CHANDLER,
UNKNOWN HEIRS OF ROCK BELK,
UNKNOWN HEIRS OF EDWARD BELK,
UNKNOWN HEIRS OF ONEGGER BELK,
UNKNOWN HEIRS OF RACHAEL BELK,
UNKNOWN HEIRS OF WILLIE D. BELK,
UNKNOWN HEIRS OF JOHN M. BELK,
UNKNOWN HEIRS OF GENETTA BELK,
UNKNOWN HEIRS OF J.C. BELK,
UNKNOWN HEIRS OF FAITHY JANE FORD JUSTIN,
UNKNOWN HEIRS OF JOHNNIE MCBELK,
UNKNOWN HEIRS OF JOE ANN BELK CANNON,
UNKNOWN HEIRS OF MALINDA BELK,
UNKNOWN HEIRS OF JOHN SIMPSON THOMPSON,
UNKNOWN HEIRS OF MARY BELK GARDNER KILGORE,
UNKNOWN HEIRS OF EMMA BARBER,
UNKNOWN HEIRS OF NEWTON BARBER,
UNKNOWN HEIRS OF ROOSEVELT BARBER,
UNKNOWN HEIRS OF VIOLET BARBER,
UNKNOWN HEIRS OF SUKKIE BARBER,
UNKNOWN HEIRS OF TIMAS BELK,
UNKNOWN HEIRS OF LENA BELK,
UNKNOWN HEIRS OF ELLIS RUSSELL BELK,
UNKNOWN OWNERS,

    Defendants.

## **FIRST AMENDED COMPLAINT**

    Pursuant to Rules 71.1(c)(3) and 71.1(f) of the Federal Rules of Civil Procedure, Plaintiff hereby amends the Complaint (Doc. No. 1) in this action as follows:

1. The caption is amended to read as shown above. After diligent search and inquiry in the State in which said property is located and elsewhere, Plaintiff has determined that the following parties have or may claim an interest in said property and thereby amends the Complaint to add the following persons as Defendants to this action:

> Ilsie Wright,
> Sallie Golden,
> Edward Roberson,
> Pearl Jordan,
> T.C. Roberson,
> Louellea Roberson,
> Carol Williams,
> Perry Lewis Roberson, Jr.,
> Finetha Roberson,
> Lee Davidson,
> Leon Wilson,
> Lorenzo Wilson,
> Laura Boler,
> Willie Dean Shotwell,
> Linda Shotwell,
> Deon Shotwell,
> Jason Shotwell,
> Prince Edward Shotwell,
> Ronietta Shotwell,
> Johnny Blinks,
> Tyrone Ware,
> Alfred Hunt,
> Annazette Harris,
> Emmanuel Shotwell, Son of Prince Lee Shotwell and Doris M. Shotwell,
> Ida Shotwell Brownlee,
> Ronnie Mae Shotwell George,
> Edward Shotwell,
> Glenda Ray Shotwell Carter,
> Tia McGee,
> Katie Mae Johnson Jackson,
> Emmanuel Shotwell, Son of Prince Edward Shotwell and Emma Belk Shotwell,
> Murah Abdul Rahman,
> Murah A. Rahman, Jr.,
> Myla Muneerah Rahman,
> Amir Rahman,
> Kamal Rahman,
> Anjail Rahman,
> Nina Rahman,

Vanda Belk-Pettiford,
Lula N. Morton,
Eddie Belk,
Samuel D. Taylor,
George A. Taylor, Jr.,
Betty L. Evans,
Mary C. Banks,
Janie E. Taylor Williams,
Hawaii H. Douglas,
Richard Ivy, Jr.,
Ruby Belk,
John L. Belk, Jr.,
Sam Belk, Son of John L. Belk,
James Belk, Son of John L. Belk,
Unknown heirs of Virgie Belk,
Unknown Heirs of Sally Belk,
Malinda Chandler Brownlee,
Unknown Heirs of David White,
Unknown Heirs of Joe Silas White,
Unknown Heirs of Ezell White, Jr.,
Unknown Heirs of Emma White,
Unknown Heirs of Clifford Ray White,
L.C. White,
Ray White,
Lee White,
Unknown Heirs of Willie Ed Dean,
Ada Pearl Loftin Lee,
Unknown Heirs of Lesley Chandler,
Unknown Heirs of Chesley Chandler,
Jimmy Wofford,
Derek Wofford,
Gloria Ford Bass,
Rose Ford Brown,
Ella Ford Lyles,
Shelia Ford Lindsey Starks,
Louise Ford Strong,
Annie Ford Lyles,
Dolly Ford,
John Ford,
Jimmy Chandler,
Rebecca Barber Henry,
Unknown Heirs of Timas Belk,
Unknown Heirs of Lena Belk,
Unknown Heirs of Ellis Russell Belk,
Farrah Belk,
Arthur Mark Belk,

6

Tyler Kylee Belk, Jr.,
Risco Belk, and
Lily Mae Belk.

2. The caption and Paragraph 6 of the Complaint is also amended to name Jessey White, previously identified in the Complaint as Jessie White; Issac Barber, previously identified in the Complaint as the Unknown Heirs of Issac Barber; Major Barber, Jr., previously identified in the Complaint as the Unknown Heirs of Major Barber, Jr.; Unknown Heirs of Rachael Belk, previously identified in the Complaint as Unknown Heirs of Rachel Belk; Unknown Heirs of Mary Belk Gardner Kilgore, previously identified in the Complaint as Unknown Heirs of Mary Belk Kilgore; and the Unknown Heirs of James Belk, Son of Sam Belk, Sr., previously identified in the Complaint as the Unknown Heirs of James Belk.

3. It has been determined that Defendants Charles Chandler, Ada P. Chandler, Charles Lindberg Ford, Roberta Chandler Brown, Johnny Frank White, Johnnie McBelk, Joe Ann Belk Cannon, and John Simpson Thompson died intestate; however, Plaintiff has been unable to ascertain the whereabouts or identity of their possible heirs. Consequently, Plaintiff amends the caption and Paragraph 6 of the Complaint to join the possible unknown heirs of these Defendants under the designations Unknown Heirs of Charles Chandler, Unknown Heirs of Ada P. Chandler, Unknown Heirs of Charles Lindberg Ford, Unknown Heirs of Roberta Chandler Brown, Unknown Heirs of Johnny Frank White, Unknown Heirs of Johnnie McBelk, Unknown Heirs of Joe Ann Belk Cannon, and Unknown Heirs of John Simpson Thompson.

4. The above caption has been amended to incorporate these changes.

5. Paragraph 4 of the Complaint is amended as follows: The property interests to be acquired are permanent easements and rights-of-way with respect to an undivided 99.9137%

7

interest therein, Plaintiff having acquired by grant said easements and rights-of-way with respect to the other undivided 0.0863% interest therein.

6. Paragraph 6 of the Complaint is amended as follows: The persons known to the Plaintiff who have or may claim an interest in said property are as follows:

The last record owner of said property was Mack Belk, by virtue of a deed dated July 23, 1919, and recorded in Deed Book 47, page 246, in the Office of the Chancery Court Clerk of Clay County, Mississippi.

After diligent search and inquiry in the State in which said property is located and elsewhere, Plaintiff has determined that Mack Belk died intestate on July 13, 1927, a resident of Clay County, Mississippi, survived by his wife and fifteen children. While Plaintiff has been unable to ascertain the identity of all heirs of Mack Belk, Plaintiff has identified the following persons and heirs at law who have or may claim an interest in said property:

Jimmy Belk, Larry Belk, Gussie Belk Shaffer, Genethie Belk, Laura Mae Brownlee, Margaret Hill, LaShorn Belk, and Vanda Belk-Pettiford each own an undivided 1/960 interest in said property in fee simple.

Ilsie Wright, Sallie Golden, Edward Roberson, Pearl Jordan, T.C. Roberson, Louella Roberson, and Carol Williams each own an undivided 1/768 interest in said property in fee simple.

Perry Lewis Roberson, Jr. and Finetha Roberson each own an undivided 1/1536 interest in said property in fee simple.

Lee Davidson, Leon Wilson, Lorenzo Wilson, Laura Boler, Johnny Blinks, Tyrone Ware, Alfred Hunt, and Annazette Harris each own an undivided 1/4608 interest in said property in fee simple.

8

Willie Dean Shotwell and Linda Shotwell each own an undivided 1/2304 interest in said property in fee simple.

Doris M. Shotwell, Bertrand Shotwell, Emmanuel Shotwell, Son of Prince Lee Shotwell and Doris M. Shotwell, Deon Shotwell, Jason Shotwell, Prince Edward Shotwell, Ronietta Shotwell, Murah Abdul Rahman, Murah A. Rahman, Jr., Myla Muneerah Rahman, Amir Rahman, Kamal Rahman, Anjail Rahman, and Nina Rahman each own an undivided 1/8064 interest in said property in fee simple.

Emmanuel Shotwell, Son of Prince Edward Shotwell and Emma Belk Shotwell, Ida Shotwell Brownlee, Ronnie Mae Shotwell George, Edward Shotwell, Glenda Ray Shotwell Carter, Tia McGee, and Katie Mae Johnson Jackson each on an undivided 1/1152 interest in said property in fee simple.

Lula N. Morton, Eddie Belk, Ruby Belk, John L. Belk, Jr., Sam Belk, Son of John L. Belk, and James Belk, Son of John L. Belk each own an undivided 1/672 interest in said property in fee simple.

Samuel D. Taylor, George A. Taylor, Jr., Betty L. Evans, Mary C. Banks, Janie E. Taylor Williams, Hawaii H. Douglas, and Richard Ivy, Jr., each own an undivided 1/4704 interest in said property in fee simple.

Malinda Chandler Brownlee and Ada Pearl Loftin Lee each own and undivided 1/120 interest in said property in fee simple.

Callie Ree White, Jessey White, Irish Jene White, Arletha White, Wash White, L.C. White, Ray White, and Lee White each own an undivided 1/1680 interest in said property in fee simple.

Patricia Johnson and Glenda Willis each own an undivided 1/240 interest in said property in fee simple.

Ethel Belk owns an undivided 1/135 interest in said property in fee simple.

Cal Ford, Trances Ford, Jimmy Wofford, Derek Wofford, Tonia Moyler, Ramona Ford, Raveen Edwards, and Kennyatah Wofford each own an undivided 7/72000 interest in said property in fee simple.

Gloria Ford Bass, Rose Ford Brown, Ella Ford Lyles, Shelia Ford Lindsey Starks, Louise Ford Strong, Annie Ford Lyles, Dolly Ford, John Ford, and Jimmy Chandler each own an undivided 7/9000 interest in said property in fee simple.

John Estus Ford, Frankie James Ford, and Walter Ford each own an undivided 7/900 interest in said property in fee simple.

Joe Silas Nettles, J.W. Watt, and Ellis Moseley each own an undivided 1/45 interest in said property in fee simple.

Luta Barber and Ollie Barber each own an undivided 1/210 interest in said property in fee simple.

Joseph Barber, Isaac Barber, Rebecca Barber Henry, Ruthie Lee Barber, Idell Barber, Major Barber, Jr., and Dora Barber each own an undivided 1/735 interest in said property in fee simple.

Farrah Belk, Arthur Mark Belk, Tyler Kylee Belk, Jr., Risco Belk, and Lily Mae Belk each own an undivided 1/75 interest in said property in fee simple.

It has been determined that Rock Belk, Edward Belk, Willie D. Belk, Onegger Belk, John M. Belk, J.C. Belk, Rachael Belk, and Genetta Belk died intestate each owning an undivided 1/135 interest in said property in fee simple; however, Plaintiff has been unable to

ascertain the whereabouts or identity of their possible heirs. Plaintiff, therefore, joins the possible unknown heirs of these defendants under the designations Unknown Heirs of Rock Belk, Unknown Heirs of Edward Belk, Unknown Heirs of Willie D. Belk, Unknown Heirs of Onegger Belk, Unknown Heirs of John M. Belk, Unknown Heirs of J.C. Belk, Unknown Heirs of Rachael Belk, and Unknown Heirs of Genetta Belk.

It has been determined that James Belk, Son of Sam Belk, Sr., Virgie Belk, and Sally Belk died intestate each owning an undivided 1/96 interest in said property in fee simple; however, Plaintiff has been unable to ascertain the whereabouts or identity of their possible heirs. Plaintiff, therefore, joins the possible unknown heirs of these defendants under the designations Unknown Heirs of James Belk, Son of Sam Belk, Sr., Unknown Heirs of Virgie Belk, and Unknown Heirs of Sally Belk.

It has been determined that X.L. Belk (also known as Ethel L. Belk) died intestate owning an undivided 10/960 interest in said property in fee simple. Plaintiff has been unable to ascertain the identity of nine of ten heirs of X.L. Belk. Plaintiff, therefore joins the unknown heirs of X.L. Belk under the designation Unknown Heirs of X.L. Belk a/k/a Ethel L. Belk.

It has been determined that David White, Joe Silas White, Johnny Frank White, Ezell White, Jr., Emma White, and Clifford Ray White died intestate each owning an undivided 1/1680 interest in said property in fee simple; however, Plaintiff has been unable to ascertain the whereabouts or identity of their possible heirs. Plaintiff, therefore, joins the possible unknown heirs of these defendants under the designations Unknown Heirs of David White, Unknown Heirs of Joe Silas White, Unknown Heirs of Johnny Frank White, Unknown Heirs of Ezell White, Jr., Unknown Heirs of Emma White, and Unknown Heirs of Clifford Ray White.

It has been determined that Charles Lindberg Ford and Willie Ed Dean died intestate each owning and undivided 1/240 interest in said property in fee simple; however, Plaintiff has been unable to ascertain the whereabouts or identity of their possible heirs. Plaintiff, therefore, joins the possible unknown heirs of these defendants under the designations Unknown Heirs of Charles Lindberg Ford and Unknown Heirs of Willie Ed Dean.

It has been determined that Charles Chandler, Ada Pearl Chandler, Roberta Chandler Brown, Lesley Chandler, and Chesley Chandler died intestate each owning and undivided 1/120 interest in said property in fee simple; however, Plaintiff has been unable to ascertain the whereabouts or identity of their possible heirs. Plaintiff, therefore, joins the possible unknown heirs of these defendants under the designations Unknown Heirs of Charles Chandler, Unknown Heirs of Ada Pearl Chandler, Unknown Heirs of Roberta Chandler Brown, Unknown Heirs of Lesley Chandler, and Unknown Heirs of Chesley Chandler.

It has been determined that Faithy Jane Ford Justin died intestate owning an undivided 7/900 interest in said property in fee simple; however, Plaintiff has been unable to ascertain the whereabouts or identity of her possible heirs. Plaintiff, therefore, joins her possible unknown heirs under the designation Unknown Heirs of Faithy Jane Ford Justin.

It has been determined that Johnnie McBelk and Joe Ann Belk Cannon died intestate each owning an undivided 1/45 interest in said property; however, Plaintiff has been unable to ascertain the whereabouts or identity of their possible heirs. Plaintiff, therefore, joins the possible unknown heirs of these defendants under the designation Unknown Heirs of Johnnie McBelk and Unknown Heirs of Joe Ann Belk Cannon.

It has been determined that Malinda Belk, John Simpson Thompson, Mary Belk Gardner Kilgore, Timas Belk, Lena Belk, and Ellis Russel Belk died intestate each owning an undivided

1/15 interest in said property; however, Plaintiff has been unable to ascertain the whereabouts or identity of their possible heirs. Plaintiff, therefore, joins their possible unknown heirs under the designations Unknown Heirs Malinda Belk, Unknown Heirs of John Simpson Thompson, Unknown Heirs of Mary Belk Gardner Kilgore, Unknown Heirs of Timas Belk, Unknown Heirs of Lena Belk, and Unknown Heirs of Ellis Russell Belk.

It has been determined that Emma Barber, Newton Barber, Roosevelt Barber, Violet Barber, and Sukkie Barber died intestate each owning an undivided 1/105 interest in said property in fee simple; however, Plaintiff has been unable to ascertain the whereabouts or identity of their possible heirs. Plaintiff, therefore, joins the possible unknown heirs of these defendants under the designations Unknown Heirs of Emma Barber, Unknown Heirs of Newton Barber, Unknown Heirs of Roosevelt Barber, Unknown Heirs of Violet Barber, and Unknown Heirs of Sukkie Barber.

The above persons own said interests by virtue of deeds recorded in Deed Books 47 and 71, pages 246 and 394, respectively; and Last Wills recorded in Will Books 2 and 9, pages 282 and 573, respectively; all in the Office of the Chancery Court Clerk of Clay County, Mississippi; and by intestate succession from Mack Belk.

There may be other persons who may have or claim an interest in said property, and they also are joined as parties herein under the designation Unknown Owners.

City and County taxes for 2016, 2017, and 2018 are liens on Tract Numbers WPSTM-54 and -55A.

City and County taxes for 2017 and 2018 are liens on Tract Number WPSTM-47.

This the 12th day of March, 2019.

                Respectfully submitted,

                */s/ Nakimuli O. Davis-Primer*
                Nakimuli O. Davis-Primer (MB #103320)
                **BAKER, DONELSON, BEARMAN,**
                **CALDWELL & BERKOWITZ, P.C.**
                One Eastover Center
                100 Vision Drive, Suite 400
                Jackson, Mississippi 39211
                Telephone    601.973.3612
                Facsimile     601.714.9912
                Email    ndavisprimer@bakerdonelson.com

                James S. Chase (TN BPR #020578)
                **TVA GENERAL COUNSEL'S OFFICE**
                400 West Summit Hill Drive
                Knoxville, Tennessee 37902-1401
                Telephone      865.632.4239
                Facsimile       865.632.2422
                Email          jschase@tva.gov

                *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that the First Amended Complaint was electronically filed with the Clerk of the Court using the CM/ECF, which sent notification to parties of record. A copy of this document, the Notice of Filing of First Amended Complaint, the Complaint (Doc. No. 1), Declaration of Taking (Doc. No. 2), and Notice of Condemnation (Doc. No. 3), and all Orders entered in this action, will be served on the new Defendants in accordance with Federal Rule of Civil Procedure 71.1(d)(3).

      This the 12th day of March, 2019.

                                                            */s/Nakimuli Davis-Primer*
                                                            Nakimuli O. Davis-Primer